**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-4206**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ARNEL HATEGEKIMANA, a/k/a Dominique Cash Robinson, a/k/a Homie,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, District Judge.  (3:20-cr-00027-GMG-RWT-1)

_____

Submitted:  April 29, 2026                    Decided:  August 7, 2026

_____

Before QUATTLEBAUM and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Wesley P. Page, Federal Public Defender, Jonathan D. Byrne, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Charleston, West Virginia, for Appellant. Randolph J. Bernard, Acting United States Attorney, Wheeling, West Virginia, Lara K. Omps-Botteicher, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnel Hategekimana appeals from his conviction—following a bench trial—on six counts stemming from a controlled purchase of narcotics in Martinsburg, West Virginia. On appeal, he argues the district court abused its discretion when denying his motion to suppress without an evidentiary hearing and when admitting certain testimony at trial. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before us and argument would not aid the decisional process.

*AFFIRMED*